IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOSEPH D. JARLEE, | ) |
| Petitioner, | ) |
| vs. | ) Civil Action Number |
| | ) **1:11-cv-03796-JFG-JEO** |
| ERIC HOLDER, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On November 1, 2011, the petitioner, Joseph D. Jarlee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention pending removal to Liberia. (Doc. 1).

On December 16, 2011, the respondents moved to dismiss the petition as moot because the United States Immigration and Customs Enforcement ("ICE") released Jarlee from its custody on November 30, 2011. (Doc. 4). In support, the respondents submitted a declaration of Michael K. Nelson, the Acting Assistant Field Office Director of the ICE facility in Gadsden, Alabama, stating that ICE had released Jarlee from its custody pursuant to an Order of Supervision. (Doc. 4-1).

Because it is evident that Jarlee is no longer in custody, his petition for a writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

**DONE and ORDERED 21 December 2011.**

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.

2